**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD YOUNG,

    Petitioner,

  v.

M.D. BITER,

    Respondent.

No. C 15-3970 RS (PR)

**ORDER OF DISMISSAL**

Petitioner has failed to comply with the Court's order to (1) file an application to proceed *in forma pauperis* ("IFP"), or (2) pay the filing fee of $5.00. Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen **must** contain (1) a properly completed IFP application, **or** (2) full payment for the filing fee.

His motion for an extension of time to file an IFP application (Docket No. 3) and his motion for the appointment of counsel (Docket No. 4) are DENIED without prejudice. He may refile his motion for counsel when he files a complete IFP application or pays the full filing fee. The Clerk shall terminate Docket Nos. 3 and 4, enter judgment in favor of respondent and close the file.

**IT IS SO ORDERED**.

DATED: October 19, 2015

    RICHARD SEEBORG
    United States District Judge