*E-Filed 2/10/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD YOUNG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. D. BITER,<br><br>　　　　Respondent. | No. C 15-3970 RS (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER DIRECTING PETITIONER TO PAY FILING FEE BY MARCH 28, 2016** |

　　This federal habeas action was dismissed because petitioner failed to pay the filing fee by the deadline. Petitioner since has filed a letter, (Docket No. 15), which the Court construes as a motion to reopen. So construed, it is GRANTED. The action is REOPENED, and the Clerk is directed to modify the docket accordingly. The judgment (Docket No. 8) and the order of dismissal (Docket No. 7) are VACATED.

　　Petitioner shall pay the $5.00 filing fee in this matter by submitting full payment to the Clerk of the Court on or before March 28, 2016. Petitioner's failure to do so will result in the dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b), and without further notice to petitioner. **No extensions of time will be granted.**

　　**IT IS SO ORDERED**.

DATED: February 10, 2016

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD SEEBORG
　　　　　　　　　　　　　　　　　　　　　United States District Judge