UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

HOWARD YOUNG,   No. C 15-3970 RS (PR)

    Petitioner,   **ORDER OF DISMISSAL**

    v.

M.D. BITER,

    Respondent.
_____/

    Petitioner has failed to comply with the Court's order to pay the filing fee by the deadline. Though petitioner asserts he asked the prison to send the fee, the Court has no record of receiving payment. He also has not filed a complete application to proceed *in forma pauperis* ("IFP"). Accordingly, this habeas action is DISMISSED without prejudice for failure to respond to the Court's order and for failure to prosecute under Federal Rule of Civil Procedure 41(b). Because this dismissal is without prejudice, petitioner may move to reopen the action. Any motion to reopen **must** contain (1) a properly completed IFP application, **or** (2) full payment for the filing fee.

    His motion to extend time to pay the fee (Docket No. 19) is DENIED. The Clerk shall terminate Docket No. 19, enter judgment in favor of respondent and close the file.

    **IT IS SO ORDERED**.

DATED: March 30, 2016

                                          RICHARD SEEBORG
                                          United States District Judge