UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HOWARD YOUNG, | No. C 15-3970 RS (PR) |
| Petitioner, | **ORDER REOPENING ACTION;** |
| v. | **ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |
| M. D. BITER, | |
| Respondent. | |

This federal habeas action was dismissed because petitioner failed to pay the filing fee. The fee since has been paid. (Docket No. 27.) Accordingly, petitioner's motion to reopen (Docket No. 24) is GRANTED. The action is REOPENED, and the Clerk shall amend the docket to reflect this. The judgment (Docket No. 21) and the order of dismissal (Docket No. 20) are VACATED. His motion to proceed *in forma pauperis* (Docket No. 25) is DENIED as moot.

Petitioner seeks federal habeas relief from two separate convictions, one from 1992 and the other from 2006. He may not challenge both convictions in one habeas action. Accordingly, the first amended petition is DISMISSED with leave to amend. In his second amended petition, petitioner must select <u>one</u> of these two convictions to challenge. The

conviction not selected by petitioner to proceed in this action may be challenged in a separate habeas action.

Accordingly, petitioner shall file a second amended petition on or before August 1, 2016.  **No extensions of time will be granted.**  The second amended petition must include the caption and civil case number used in this order (15-3970 RS (PR)) and the words SECOND AMENDED PETITION on the first page.  Because an amended petition completely replaces the previous petitions, petitioner must include in the amended petition all the claims he wishes to present.  He may not incorporate material from the prior petitions by reference.  Failure to file an amended petition in accordance with this order will result in dismissal of this action with prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).  The Clerk shall terminate Docket Nos. 24 and 25.

**IT IS SO ORDERED**.

DATED: June 16, 2016

_____
RICHARD SEEBORG
United States District Judge